UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CROWN POLY, INC.,

                          Plaintiff,

                  -against-

U BAG USA, INC., 88 TRADING
CORPORATION, CELESTIAL PRINTING, and
EXPRESS PAPER SUPPLY, INC.,

                         Defendants.
-----------------------------------------------------------------X

**ORDER**

04 CV 3654 (RJD) (VVP)

DEARIE, District Judge.

On July 29, 2005, the Court granted plaintiff's motion for default judgment against defendants U Bag USA, Inc. and Xpress Paper Supply, Inc. The matter was referred to United States Magistrate Judge Viktor V. Pohorelsky for report and recommendation as to damages. On April 4, 2006, Magistrate Judge Pohorelsky issued a report, recommending that no damages be awarded against the defaulting defendants, but that they be permanently enjoined from infringing plaintiff's patent, along with other equitable relief. The Court has reviewed Magistrate Judge Pohorelsky's Report and Recommendation. No objections have been filed. The Court adopts Magistrate Judge Pohorelsky's Report and Recommendation without qualification. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: Brooklyn, New York
       May 2, 2006

                                                s/ Judge Raymond J. Dearie

                                                _____
                                                RAYMOND J. DEARIE
                                                United States District Judge