FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 9 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
   CROWN POLY, INC.,

                    Plaintiff,

   -against-


U BAG USA, INC., 88 TRADING
CORPORATION, CELESTIAL PRINTING,
and XPRESS PAPER SUPPLY, INC.,

                    Defendants.
----------------------------------------------------------------X

JUDGMENT
04-CV- 3654 (RJD)

       An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on May 3, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated April 4, 2006; ordering that no damages be awarded against the defendants, U Bag USA, Inc., and Express Paper Supply, Inc.; and that defendants, U Bag USA, Inc. and Xpress Paper Supply, Inc., are permanently enjoined and restrained from distributing, using, or selling, rolls of plastic bags, and any other product, that infringe the '666 Patent; requiring that the defendants U Bag USA, Inc., and Xpress Paper Supply, Inc. deliver to the plaintiff for destruction any infringing products; and requiring that the defendants, U Bag USA, Inc. and Xpress Paper Supply, Inc. be required to serve and file with the Court, within 30 days after entry of judgment, a written report detailing compliance with the injunction; it is

JUDGMENT
04-CV- 3654 (RJD)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered that no damages are awarded against the defendants, U Bag USA, Inc., and Express Paper Supply, Inc.; that defendants, U Bag USA, Inc. and Xpress Paper Supply, Inc., are permanently enjoined and restrained from distributing, using, or selling, rolls of plastic bags, and any other product, that infringe the '666 Patent; that the defendants, U Bag USA, Inc. and Xpress Paper Supply, Inc. are required to deliver to the plaintiff for destruction any infringing products; and that the defendants, U Bag USA, Inc. and Xpress Paper Supply, Inc. are required to serve and file with the Court, within 30 days after entry of judgment, a written report detailing compliance with the injunction.

Dated: Brooklyn, New York
      May 04, 2006

                         s/Robert C. Heinemann
                         ROBERT C. HEINEMANN
                         Clerk of Court